# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2279 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 99 DB 2015 |
| | : | |
| v. | : | Attorney Registration No. 48244 |
| | : | |
| NORMAN ORVILLE SCOTT, | : | (Philadelphia) |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of August, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Norman Orville Scott is suspended from the Bar of this Commonwealth for a period of six months, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).